No. 612.   OLENDER v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   *Leo R. Friedman* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.

No. 625.   VIRIKS REDERI A/S (VIRIK, MANAGER) v. POLARUS STEAMSHIP CO., INC.   C. A. 2d Cir.   Certiorari denied.   *MacDonald Deming* for petitioner.   *Wilbur E. Dow, Jr.* for respondent.

No. 628.   CURRY ET AL. v. GATES ET AL.   Supreme Court of Oklahoma.   Certiorari denied.   *Forrest M. Darrough* for petitioners.   *Chas. L. Orr* for respondents.

No. 306, Misc.   GORE v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.   Petitioner *pro se*.   *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 323, Misc.   WILLIAMS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 518.   COLLINS v. ATLANTIC COAST LINE RAILROAD CO., *ante*, p. 942; and
No. 522.   PARKER v. HOWELL ET AL., *ante*, p. 943. Petitions for rehearing denied.